JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALDIODIO NJIE, | ) Case Nos. SACV 19-0314-PSG (JPR) |
|          Petitioner, | ) |
| | ) |
|       v. | ) **J U D G M E N T** |
| | ) |
| DAVID W. JENNINGS, Field | ) |
| Office Director, L.A. Field | ) |
| Office, U.S. Immigration | ) |
| and Customs Enforcement, et | ) |
| al., | ) |
| | ) |
|          Respondents. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: November 1, 2019

PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE